UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

STANLEY DEPTOLA,

                                Plaintiff,

            -against-

JOHN DOE, et al.,

                               Defendants.
_____

**MEMORANDUM OF DECISION AND ORDER**
04-CV-1379 (DRH)(JO)

**APPEARANCES:**

**For the Plaintiff:**
**Stanley Deptola, Pro Se**
99 Pine Street
East Moriches, New York 11940

**For the Defendants John Does:**
**Patricia A. Rouse, Esq.**
Suffolk County Attorney's Office
PO Box 6100
100 Veterans Memorial Highway
Hauppauge, New York 11788-0099

**For the Defendant Suffolk County Sheriff's Department:**
**Brain C. Mitchell, Esq.**
Suffolk County Department of Law - County Attorney
100 Veterans Memorial Highway
PO Box 6100
Hauppauge, New York 11788

**HURLEY, District Judge:**

        On September 9, 2005, United States Magistrate Judge James Orenstein issued a Report and Recommendation in this case, recommending that plaintiff Stanley Deptola's claims be dismissed with prejudice for failure to prosecute. No objections to the Report and Recommendation have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation of Judge Orenstein for clear error, and the Court concurs in both its reasoning and its result. Accordingly, this Court adopts the September 9, 2005 Report and Recommendation of Judge Orenstein as if set forth herein. The Clerk of the Court is hereby directed to dismiss the Complaint with prejudice and close this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
October 7, 2005

/s_____
Denis R. Hurley,
United States District Judge